UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:12-CV-667

Name of party you are representing: T-Mobile USA, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/18/2012

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 12/10/2012  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Parker Ainsworth
State Bar No.: 00784720
Firm Name: Wilson, Robertson & Cornelius, P.C.
Address: P.O. Box 7339
        Tyler, Texas 75711

Phone: 903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.