## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CALYPSO WIRELESS, INC., | § | |
| DRAGO DAIC, and | § | |
| JIMMY WILLIAMSON, P.C. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | **Case No. 2:12-CV-00667-JRG-RSP** |
| v. | § | |
| | § | **Jury Demanded** |
| T-MOBILE USA, INC. | § | |
| | § | |
| *Defendant*. | § | |

### STIPULATION OF DISMISSAL

Calypso Wireless, Inc., Drago Daic and Jimmy Williamson, P.C., Plaintiffs, and

Defendant, T-Mobile USA, Inc. ("T-Mobile"), hereby stipulate and agree that (1) this

cause shall be dismissed, without prejudice, each party to bear its own costs, if any; and

(2) in the event future litigation is initiated by Plaintiff(s) against T-Mobile regarding the

patent-in-suit (U.S. Patent No. 6,680,923) ("the '923 Patent"), jurisdiction and venue in

any such future litigation will only and exclusively be proper in the U.S. District Court

for the Eastern District of Texas.

T-Mobile agrees not to file any action seeking a declaratory judgment concerning

the '923 patent before at least the 30th day following (1) any judgment becoming final

and non-appealable in the matter of *Calypso Wireless, Inc., et al v. T-Mobile USA, Inc.*;

Case No. 2:08-cv-441, in the U.S. District Court for the Eastern District of Texas,

Marshall Division (hereinafter the "Earlier Action"), or (2) the issuance of any final

appellate mandate or judgment for affirmance, reversal or other disposition of the order

for summary judgment entered in the Earlier Action on or about February 25, 2013 (or

1

any Final Judgment subsequently entered on that order for summary judgment.)  In the event future litigation regarding the '923 Patent is initiated by T-Mobile against Plaintiff(s) other than as agreed in this paragraph, jurisdiction and venue in any such future litigation will only and exclusively be proper in the U.S. District Court for the Eastern District of Texas.

Plaintiff(s) will not initiate any future litigation against T-Mobile regarding the '923 Patent and the T-Mobile products and services accused by Plaintiff(s) of infringement in this action, as configured, operated or performed at or before the date this action was filed, except within 30 days of (1) any judgment becoming final and non-appealable in the Earlier Action, or (2) the issuance of any final appellate mandate or judgment for affirmance, reversal or other disposition of the order for summary judgment entered in the Earlier Action on or about February 25, 2013 (or any Final Judgment subsequently entered on that order for summary judgment.)

T-Mobile agrees that the time between the dismissal of this case and the date of filing of further action or declaratory judgment concerning the '923 Patent will not count toward any potential laches defense, equitable estoppel defense, and time limitation on damages.  Nothing in this agreement shall be construed to otherwise limit or affect any other defense or counterclaim T-Mobile may bring in any subsequent action related to the '923 patent.

Plaintiffs agree that this stipulation shall be binding on all successors-in-interest and assigns of the '923 patent.  T-Mobile agrees that this stipulation shall be binding on all successors and assigns.

WHEREFORE, the parties respectfully request that the Court dismiss Plaintiffs'

claims, without prejudice, pursuant to the foregoing Stipulation of Dismissal.

March 21, 2013

Respectfully submitted,


/s/   C. Vernon Lawson                              /s/  Anne Champion
Guy E. Matthews (lead attorney)        William Dawson (lead attorney)
State Bar. No. 13207000                    Texas Bar No. 05606330
C. Vernon Lawson                              GIBSON, DUNN & CRUTCHER LLP
State Bar No. 12058150                      2100 McKinney Avenue
Matthew C. Juren                             Suite 1100
State Bar No. 24065530                      Dallas, TX 75201-6912
MATTHEWS LAWSON, PLLC            Telephone: (214) 698-3100
2000 Bering Drive, Suite 700             Facsimile: (214) 571-2900
Houston, Texas 77057                        wdawson@gibsondunn.com
Telephone: (713) 355-4200
Facsimile: (713) 355-9689                 Josh A. Krevitt
gmatthews@matthewsfirm.com        N.Y. Bar No. 2568228
vlawson@matthewsfirm.com           Anne Champion
mjuren@matthewsfirm.com             N.Y. Bar No. 4425237
                                                    Steven Kalogeras
Andy Tindel                                    N.Y. Bar No. 4534012
Texas Bar No. 20054500                    GIBSON, DUNN & CRUTCHER LLP
Mann, Tindel  & Thompson               200 Park Avenue
112 E. Line St.                                 New York, New York 10166
Suite 304                                          Telephone: (212) 351-4000
Tyler, Texas 75702                           Facsimile: (212) 351-4035
Tel:   903.596.0900                           jkrevitt@gibsondunn.com
Fax:  903.596.0909                           achampion@gibsondunn.com
atindel@andytindel.com                     skalogeras@gibsondunn.com

*Attorneys for Plaintiffs Calypso Wireless, Inc.,*        Alison Watkins
*Drago Daic, and Jimmy Williamson, P.C.*             California Bar No. 253023
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    1881 Page Mill Rd.
                                                    Palo Alto, CA 94025
                                                    Telephone: (650) 849-5300
                                                    Facsimile: (650) 849-5333


                                                    Jennifer Parker Ainsworth
                                                    Texas Bar No. 00784720
                                                    WILSON, ROBERTSON & CORNELIUS,
                                                    P.C.

3

909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092
jainsworth@wilsonlawfirm.com

*Attorneys for Defendant T-Mobile USA, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 21, 2013.

<u>/s/      Anne Champion      </u>