IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CALYPSO WIRELESS, INC., <br> DRAGO DAIC, and <br> JIMMY WILLIAMSON, P.C. <br><br> *Plaintiffs*, <br><br> v. <br><br> T-MOBILE USA, INC. <br><br> *Defendant*. | §§§§§§§§§§§ | Case No. 2:12-CV-00667-JRG-RSP <br><br> **Jury Demanded** |

## AGREED ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by Plaintiffs, Calypso Wireless, Inc., Drago Daic and Jimmy Williamson, P.C., and by Defendant, T-Mobile USA, Inc., the Court,

ORDERS that this cause be and is hereby dismissed, without prejudice. Each party shall bear its own costs.

**SIGNED this 22nd day of March, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE